MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5
## For Deposit to Registry Fund

Debtor:    RICKY AND RENEE CHARMOLI

Chapter 7 Case No.    10-43861

Please Check One:

XXX    Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 13.32 |

DATED: August 19, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-223

Printed: 08/19/11 09:36 AM                                                                                              Page: 1

# Stale Check Report

**Trustee:** Julia A. Christians (430040)
**Case:** 10-43861 - CHARMOLI, RICKY W

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-38489376-66 | 109 | 08/19/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | | $13.32 |
| Cancelled Account No. | Cancelled Check No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-38489376-66 3 | 107 | | 10/15/10 | 610 | FAIRVIEW LAKE CLINIC<br>PO BOX 1332<br>MINNEAPOLIS, MN 55440 | 249.92 | 249.92 | 13.32 | 13.32 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.